E-FILED
Wednesday, 02 March, 2022 04:35:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

MAR – 2 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PERRY JAMES ROSETTO )
)
Plaintiff )
)
)
vs. )
)
DIRECTOR ROB JEFFREYS )
WARDEN JUSTIN HAMMER )
WARDEN GLENdal D. FRENCH )
SGT BRANdON Edgar )
LT. or Major RYAN — John DOE #1 )
C/o GARBETT — John DOE #2 )
C/o SNELL — John DOE #3 )
C/o K. SMITH — John DOE #4 )
)
Defendant(s) )

Case No. _____

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown  UNSURE additional laws NOT violated

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

additional caption page

PERRY James Rosetto,
                Plaintiff,

        vs.


DIRECTOR Rob Jeffreys
Warden Glendal D. French
Warden Justin L. Hammer
SGT. Brandon Edgar
LT. or Major Ryan – John Doe #1
c/o Garbett – John Doe #2
c/o Snell – John Doe #3
c/o or SGT. K. Smith – John Doe #4
(MHP) Cox – Jane Doe #5
Dr. Myers – Jane Doe #6
Dr. Z. Trusewych – John Doe #7
c/o Settles – John Doe #8
Nurse/Med-Tech – Kimber – Jane Doe #9
Unknown Tactical Officer – John Doe #10
Wexford Health Services

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: PERRY JAMES ROSETTO

Prison Identification Number: B-32709

Current address: WESTERN ILLINOIS Correctional Center, 2500 Route 99 South, Mt. Sterling, Illinois 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Rob Jeffreys

Current Job Title: DIRECTOR OF I.D.O.C.

Current Work Address: ILLINOIS DEPARTMENT OF CORRECTIONS, 1301 Concordia Ct., P.O. Box 19277, Springfield, Il.

Defendant #2:

Full Name: JUSTIN L. HAMMER (PREVIOUS Warden)

Current Job Title: ASSISTANT OR DEPUTY DIRECTOR (I.D.O.C.)

Current Work Address UNKNOWN

Defendant #3:

Full Name: Glendal D. French

Current Job Title: (PREVIOUS Warden) CURRENT-UNKNOWN

2

## List of additional Defendants

**Defendant # 6 – John Doe #1**
Full Name : UNKNOWN – Last Name : Garbett
Current Job Title : correctional officer (W.I.C.C.)
Current Work Address : W.I.C.C., 2500 Route 99 South,
Mt. Sterling, Ill. 62353

**Defendant #7 – John Doe #3**
Full Name : UNKNOWN – Last Name : Snell
Current Job Title : correctional officer (W.I.C.C.)
Current Work Address : W.I.C.C., 2500 Route 99 South,
Mt. Sterling, Ill. 62353

**Defendant #8 – John Doe #4**
Full Name : UNKNOWN – Last Name : Smith, K
Current Job Title : SERGEANT (W.I.C.C.)
Current Work Address : W.I.C.C., 2500 Route 99 South
Mt. Sterling, Ill. 62353

**Defendant #9 – Jane Doe #5**
Full Name : UNKNOWN – Last Name : Cox
Current Job Title : Mental Health Provider (MHP)
Current Work Address : Healthcare Unit @ W.I.C.C.,
2500 Route 99 South, Mt. Sterling, Ill.
62353

Page 1 of

CONTINUED - list of additional Defendants

Defendant # 10 - Jane Doe #6
   Full Name: UNKNOWN - Last Name: Myers
   Current Job Title: Psychologist Administrator/Doctor
   Current Work Address: Healthcare Unit @ W.I.C.C.,
         2500 Route 99 South, Mt. Sterling, Ill. 62353

Defendant # 11 - John Doe #7
   Full Name: UNKNOWN - Last Name: Trusewych, Z.
   Current Job Title: Doctor
   Current Work Address: Healthcare Unit @ W.I.C.C.,
         2500 Route 99 South, Mt. Sterling, Ill. 62353

Defendant #12 - ~~Jane~~ John Doe #8
   Full Name: UNKNOWN - Last Name: Settles
   Current Job Title: Correctional officer-Internal Affairs
   Current Work Address: W.I.C.C., 2500 Route 99 South,
         Mt. Sterling, Ill. 62353

Defendant #13 - Jane Doe #9
   Full Name: UNKNOWN - Last Name: Kimber
   Current Job Title: Medical Technician or Nurse
   Current Work Address: Healthcare Unit @ W.I.C.C.,
         2500 Route 99 South, Mt. Sterling, Ill. 62353

Page 2 of

CONTINUED - list of additional defendants

Defendant #14 — UNKNOWN TACTICAL OFFICER -
John Doe #10
Full Name: UNKNOWN
Current Job Title: UNKNOWN
Current Work Address: UNKNOWN

Defendant #15 - Wexford Health Services
Current Work Address: UNKNOWN

Page 3 of

Current Work Address _____ UNKNOWN _____

_____

Defendant #4:

Full Name: BRANDON L. Edgar

Current Job Title: SERGEANT

Current Work Address WESTERN ILLINOIS CORR. CENTER,
2500 ROUTE 99 South, Mt. Sterling, Ill. 62353

Defendant #5:

Full Name: RYAN — FUll Name UNKNOWN — John Doe #1

Current Job Title: MAJOR OR LT.

Current Work Address W. I. C. C., 2500 ROUTE 99 South,
Mt. Sterling, Ill 62353

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑        No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below

1. Name of Case, Court and Docket Number PERRY JAMES ROSETTO V. John Baldwin ET al;
(1:18-cv-02292) @ U.S. DISTRICT COURT - NORTHERN DISTRICT

2. Basic claim made (42 U.S.C. 1983) Failure to protect FROM INMate assaults, unsafe Medical
conditions and deliberate INDIFFERENCE by Medical staff and security staff.

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) Still PENDING

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☑ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence WESTERN ILLINOIS CORRECTION CENTER

4

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On February 27th, 2020., the tactical team entered - Western Illinois Corr. Center. At just before (7:30 a.m.) the tactical team entered (Unit 4) B-wing and began handcuffing all (100)+ inmates on this wing. I was housed in (Unit 4 - B-wing - Cell 54). All inmates were escorted to the gymnasium. Upon arriving at the gym, myself and my cellmate, were moved to side out of line and tactical staff told me to explain what medical issues I had. I told him that I had (3) injuries related to having been shot (3) times during one incident, and that I had a bullet lodged inside my pelvic area just inside my tailbone with the bullet resting on my sciatic nerve. I also told him that I had a herniated disc and a pinched nerve in my back and that these injuries cause my legs, feet, and groin area to go numb when I stand in place or remain in a sitting position too long. This tactical officer told me, when I'm put back in line to lean on wall. After approximately (10) minutes or less we were escorted to far corner area of gym. We were told to stand facing wall and keep heads down, our hands/arms were cuffed behind our backs. Tactical officer told me to lean on wall if I had problems. After a short amount of time I did begin experiencing pain in my lower back, groin, legs and feet. I immediately began leaning against wall. Over period of approximately (1 and 1/2 hrs) I continuously rotated from left to right shoulder while leaning on wall. On (2) occasions I told tactical officers my back and legs were

GOING NUMB. These tactical officers hollered face the wall. After approximately (1 and 1/2 hrs.) of standing, MY legs, Feet, groin and lower back began losing all feeling and MY legs started buckling, and extremely sharp pain was in lower back. At this time I slid to MY knees using the wall. As I was going down I slid/fell sideways. As I got to MY knees I fell over on to the floor and I immediately tried to stretch out MY legs by pushing off wall. A tactical officer asked me what I was doing and I told him I have 2 bullet in MY back and other back injuries that cause MY back and legs to go numb. This officer told several other officers who then came over and told me to get up. I told those officers that I couldn't get up, but if they just let me lay there for a little while the feeling would come back and I'd be able to sit against wall. While laying on floor a tactical officer pointed a rifle at me, it was by MY face, I was really scared, this officer said "GET the Fuck UP." I turned away saying I could not. A "unknown tactical officer" started saying he "did not give 2 fuck what was wrong," with me, "get the fuck up right now". I told him I could not get up or do what he told me to do. "unknown tactical officer" began calling me "white-trash" and "you're a disgrace to the white-race". This "unknown tactical officer" told me "get the fuck up or I'll drag you to segregation." I told him that I was serious that I could not get up yet. He began grabbing me by my arms I hollered in pain. Then another officer (SGT. BRANDON Edgar) grabbed me and both of these (2) officers began dragging me by arms while my hands were cuffed behind my back. I immediately began loudly hollering in extreme pain as weight of my body was pulling against my handcuffed arms and wrists. They put me down and relifted me by the bend in my arms pulling me forward by my arms. These (2) officers were pulling my arms, while my hands were cuffed behind my back, up over the back of my head. It felt like my arms were tearing out of my shoulders. I was loudly hollering in pain. (SGT. BRANDON Edgar) and "unknown tactical officer" kept calling me a bitch. And "stop hollering bitch, you sound like

a little bitch." I kept saying stop and hollaring in pain. This officer stated "you keep hollaring like a bitch and I'm going to treat you like a bitch". I kept hollaring, the pain was excritiating. I was dragged approximately (50) feet, from near gyms kiosk machine to the offices of gym. When officers got to office area of gym, they dropped me causing me to land on my face hitting my chin, nose, and side of forehead. Officer who made previous statements again told me" to get up and fucking walk". I said I couldn't feel my feet. This officer then stated "I bet if I stuck a baton up your ass you'll get up and walk-then wouldn't you". He further stated "do you want me to stick a baton up your ass", while stating this he was grabbing the waistband at the back of my pants causing the pants to pull tight up in the crack of my buttocks. He further stated "I bet you could take this whole baton up your ass couldn't you"; "you want me to put this baton in your ass don't you"; "I bet you'd like this baton up your ass wouldn't you". At this time another tactical officer stated "knock that shit off and handcuff his hands in front of him". After being cuffed in front, officer who made previous statements, and another officer picked me up and dragged me to a chair and threw me into the chair almost causing me to fall out of chair. At this time a MedTech-Nurse asked me what was wrong. I told her, my legs, groin and feet were completely numb. This MedTech/Nurse checked my temperature and blood pressure, she said she was going to pinch the skin of my foot, after doing this she asked if I could feel that at all. I said I couldn't. She told the same tactical officers" there is definitely something wrong I pinched him very hard and he had absolutely no reaction, I'm calling for a wheelchair." A wheelchair arrived very quickly. I was placed in wheelchair and told I would be taken to healthcare.

6B

When I was taken out of gym in wheelchair, the Tactical officer who made previous statements - stated "you are a disgrace to the white-race, you talk like a south chicago nigger". He further stated "you are a race traitor" and "a nigger lover" and "I'm going to treat you the same way I treat niggers." As I was approaching the sidewalk at Healthcare Unit, this same officer told other officers "this nigger lover is going to segregation fuck Healthcare" I was then taken toward recieving-segregation Unit. When entering the recieving unit side of the building this same officer told other officers "not to go into recieving because there are cameras go the other way". At that point the other officer stopped wheelchair and went to door of seg-unit then officer who made previous statements, told other officers he would push wheelchair. This officer pushed me into area outside seg-unit, told other officer to open "holding cell" door. He pushed wheelchair into doorway of holding cell and said "get out of the wheel-chair nigger lover". I told him I could not stand up. He said "you aint going to like it if you don't get the fuck up." I grabbed the fence around holding cell and a ring built in the wall and tried to stand up. The officer rammed me from behind, dumped me out of wheelchair causing me to fall and hit my head and jaw on the wall. I told this officer that that was some cowardice bogus shit that he just did. He stated "When I get done with this shakedown I'm going to come back with a couple officers and show you who the coward is nigger lover". I said there are cameras. He stated "there's no cameras right here," this where they just beat a nigger to death a year and half ago, right here". After that the (3) or (4) officers left. I then tried to tell the Seg. Sergeant what was said and done he said "I do not care". I told him I wanted to make a P.R.E.A. claim he stated

"I do NOT CARE". At this POINT I was scared those officers would RETURN to do what the tactical officer said he was GOING to do and the officers in Seg. Unit would Not do anything to stop or PREVENT anything that may happen). At this POINT I told the Seg. Sergeant that I wanted to speak to a "Crisis Team" he stated "who the Fuck cares what you want". He NEVER called for a "Crisis Team". After a short Period of time a lady ENTERED the Seg. Unit and told Sergeant she wanted to speak with several inmates for Mental Health checks. At this time the Sergeant told this lady "he wants a crisis team" pointing at me. The lady came to holding cell, identified herself as (MHP-MRS. Cox) and asked If I REQUESTED "Crisis Team" and why. I told her I was assaulted by a staff member and threatened with sexual assault by this same officer. I told (MHP-MRS. Cox) I wanted to File a P.R.E.A. Claim. She told me "I'M NOT doing it, its NOT MY JOB." She stated "why do you want a crisis team." I told her the EVENTS that had occurred (as told here) she stated "I do NOT CARE." She said do you want to answer the questions From this form which I did. She said Nobody is going to listen to my complaints or Fears. I stated I wanted to be placed in "Crisis watch" cell for my own protection and safety From those officers who made threats. She stated the Crisis watch cells are NOT for that kind of issue they're only for people who are suicidal or homicidal. So I said I am suicidal so I could GET placed in Crisis watch cell. I tried to tell her about the injury to my back, she stated "I do Not CARE". I was placed in "Crisis Watch Status." % Snell came to holding cell and told me to strip-search I told him I could Not stand up very good. After some time passed I was Finally able to stand

6D

up. So I slowly took off my clothes. While I was doing the strip search C/O Snell ~~inmate~~ told this inmate to bend over at the waist and spread my buttocks ~~xxxxxxxx~~. I told him no that I would squat and cough. C/O Snell said "No I told you to bend over at the waist and spread your ass open so I can see inside your asshole". I told him no that's not right he is not a doctor and I refused. C/O Snell threatened to spray me with mace if I did not do it. So I complied. While I was bending over C/O Snell said "Open your asshole so I can see inside you". I was extremely embarrassed but I felt I had no choice. After this incident C/O Snell gave me an extremely small smock (clothing for people in crisis watch) so small I could not get it over my head. I told C/O Snell it would not fit. C/O Snell stated "you act like a bitch you get to wear a tight dress like a bitch". I told him I was not able to get it on. C/O Snell took the smock and refused to give me a larger smock leaving me naked in holding cell where I had to sit on dirty floor completely naked and cold in front of people, both inmates and staff, for (30) or (40) minutes. Finally, C/O Snell brought a large smock and I put it on. C/O Snell said I had to walk to the crisis watch cell on my own he would not get the wheelchair and if I fell he would not help me up. I was handcuffed and it hurt really bad to stand up and walk, my legs were numb and real shaky. For the next (7) days I repeatedly told officers, sergeants, lieutenants and least (2) majors, nurses and med-tech's that I needed medical attention for my back because my legs, groin, feet and lower back kept going numb

6 E

and I was experiencing really serious pain but no one would put me in for sick call or get me help. Two instances while this inmate was in "crisis watch cell" I directly told Dr. Trusewych, personally, that I needed medical attention and both times the doctor stated "I don't believe anything is wrong with you, you're faking" and "you are on crisis watch so if your suicidal kill yourself and you won't be in pain right". As soon as I was placed in "crisis watch" I immediately went on a Hunger Strike due to all staff, security and medical, refusing to provide medical treatment, along with staff assault, threats and sexual misconduct. A few days after a few days on Hunger Strike I spoke to a Major Thompson and explained why I was on the strike and he indicated he would file a report and alert internal affairs. For (6) days I refused to speak any further with with (MHP) Cox because she had refused to file report for staff on inmate assault and file my P.R.E.A. claim. On March 4th, 2020., I was taken by wheelchair to medical unit to be seen by psychiatrist, Dr. Mermigas. At this meeting there was a doctor, Dr. Myers, at the onset of the meeting I immediately stated that I wanted to report a staff assault and sexual assault/threat to myself and Dr. Myers pulled out a form and indicated she was initiating a P.R.E.A. claim. At this time I explained to both doctors, Mermigas and Myers, the issues involving back, legs, feet and groin. Dr. Myers left the room then came back and told me she got me into see a medical doctor, Dr. Trusewych.

6 F

After MEETING I WaS TAKEN IN TO be SEEN by Medical doctor.
Dr. TRUSEWYch EXAMINEd ME and ORderEd X-Rays and PUT IN
ORder to obtain MY MEDical RECORDs FROM MEdical Facilities
outside of (I.D.O.C.). As of the date of this lawsuit
this INMates MEDical RECORDs STILL have NOT been obtained.
Additionally, SINCE ARRIVING to (I.D.O.C.) IN DECEMbER (2015)
I have SIGNEd (3) MEdical RElEasE forms while at (2) otheR
PREVIOUS (I.D.O.C.) Facilities, Files WERE NEVER Obtained.
IN late March or Early APRIL of (2020) the X-Rays WERE taken
and at that time Radiologist directly told ME there was
whole bullet INSIDE MY PELVIC aREa. The doctOR had ME
placed ON a walkER, but REFUSEd to tREat PAIN OR
NUMbNESS. AFtER I Was TAKEN back to MY CEll, later
IN the day, a NURSE CAME TO MY CEll IdENTIFYING herself
as NURSE KIMbER and INDicated she NEEded to speak
to ME about MY P.R.E.A. claim. I slid to Foot of bed
and came TO door. NURSE KIMbER stated if I wanted to
talk to hER I had to come out of cell. I told hER I
could NOT walk ON MY MINE OWN. She said to bad I am
NOT GETTING YOU a wheelchair the doctOR said Nothing
IS WRONG with you. So I said I did NOT WANT to talk
to hER at that time. IN RESPONSE she hollaREd VERY
loudly, so that INMates acROSS FROM and FURthER down FROM
MY CEll, could hear her say "Do YOU WANT TO talk to ME
about YOUR P.R.E.A. claim". INMATES started YEllING
that I had "bEEN RAPEd", I Was "a homosEXUal", and
I Was "a child MOlEStER". Then NURSE KIMbER hollaRED

6 G

over inmates hollering, "so you dont want to talk to me about your P.R.E.A. claim." This again caused inmates to holler more of the same kind of statements. At this point (NURSE KIMBER) laughed and stated "this is what happens when you try to file a P.R.E.A. claim against the staff." After this her and (2) officers left. A short time later an officer (% Settles) came to my cell and identified himself as "Internal affairs". This officer asked me to come out of my cell and talk to him about my P.R.E.A Claim. I informed him I could not walk but we could talk right there, but he just left. A couple of weeks later I spoke to (% Settles) and asked him about the status of my P.R.E.A. Claim, and he told me "it's not in your best interest to file a P.R.E.A. Claim or to keep pursuing one." He told me the "UNKNOWN Tactical officer" in question did not work at this facility. I was also told this by (Major Cawthon); and (Warden Glendal French) and (Warden Justin Hammer). However, I believe this statement is false. As a result of this incident I written a disciplinary report by (SGT. Brandon Edgar). The allegations by (SGT. Brandon Edgar) - offense 215-"disobeying a direct order essential to safety and security of the institution;"- I was found guilty a given (30) days segregation, and (30) days (C) grade; were completely false and fabricated in an attempt to cover up and justify staff misconduct, abuse, and sexual misconduct (threats) to this inmate. Initially, I believed that (SGT. Edgar) was only involved in that he wrote disciplinary report, however, after seeing (SGT. Brandon Edgar after release from "crisis watch" I know he was (1) of (2) officers who dragged me and tried to hurt me. Furthermore, claim he told me (3) times as a ▓... Page 6 H

DIRECT ORDERS) to get up, which he states I refused, outright defeats his own statements in his disciplinary report against me. He states "he continually resisted by refusing to walk on his own and throwing himself to the ground." But if I'm refusing to sit up or stand up this means I'm on the ground. He states I was assisted up, but I was never standing again after I went down. Video cameras in the gym (3) of which are stationary mounted on walls, and (2) hand-held cameras carried by tactical officers, give video and audio evidence, SGT. Edgar was not only lying in his disciplinary report to cover up his and other officers misconduct, but also these (2) specific officers were actually trying to hurt this inmate. During hearing on disciplinary report the adjustment committee stated; healthcare unit told them I had no medical reason for my alleged pain or numbness; refused to allow me to call any witnesses; refused to access recorded videos; refused to acknowledge fact SGT. Edgar failed to provide any staff statements or witnesses; and solely took (Edgar's) statement over mine. Adjustment committee unfairly found me guilty and disciplined me for my medical issues and an attempt to cover up staff misconduct. Additionally, while in "crisis watch cell" (3) officers – namely – C/O Garbett; C/O Snell; C/O/SGT. K. Smith, repeatedly kicked door of my cell on 1ST shift whenever I went to sleep and called me "white-trash" and "nigger lover". On March 26th 2020., C/O Garbett intentionally sprayed bleach

6 J

OR MADE ON FACE PART OF MATTRESS WHILE I WAS OUT OF CELL which caused MY EYES to BECOME so inflamed MY EYES WERE swollen, and turned black and blue. I was in EXTREME PAIN. CRUST FORMED at OPENING OF EYELIDS sealing both eyes shut so bad I had to Physically pull EYELIDS apart FROM EACh other. Tear ducts and Tears would turn into CRYSTALIZED-like PARTICLES that FELT LIKE sharp glass IN MY EYES. FOR OVER (2) WEEKS SECURITY and MEDICAL staff REPEATEDLY REFUSED to treat MY EYES. ONE day NURSE Finch observed MY EYES and she IMMEDIATELY had ME TAKEN OUT OF CELL to have EYES RINSED with EYE WASH. NURSE Finch also had 2nd Shift officeR PROVIDE NEW MATTRESS. NURSE Finch indicated she MADE REPORT to have MY EYES RINSED daily, but other NURSES REFUSED to RINSE EYES. MY EYES WERE swollen, IRRITAted, burned, itched and IN pain causing blurred VISION FOR OVER (3) WEEKS. ON WEEK OF APRIL 5th, 2020., %'s - Garbett, Snell, and K. Smith REFUSED CONTINUOUSLY to PROVIDE this INMATE with toilet PAPER. ON APRIL 5th, 6th, and 7th (2020) this INMATE was FORCED to WIPE himself with his hands of FECES after USING bathroom. ON 4/8/2020 this INMATE was FORCED to WIPE himself of FECES with his "suicide safe" blanket. I was REPEATEDLY tormented by these (3) officeRS FOR being ON CRISIS Watch. I was Told by these (3) officers that "sooner or later YOU (this INMATE) have To come off CRISIS Watch." I took this statement as a THREAT. I REPORTED all of these INCIDENTS to (MHP) COX and she REFUSED to do anything.

6 J

DURING the ENTIRE TIME PERIOD, (61) days, that I WAS IN "CRISIS WATCH" CELL (MHP) COX had ME ON "FINGER FOOD ONLY" diET due TO ME BEING ON SUICIDE Watch. HOWEVER, the SECURITY and MEDICAL STAFF REFUSED to PROVIDE FOODS that could be, EATEN WITHOUT UTENSILS deemed "FINGER FOODS." FOR the ENTIRE "CRISIS WATCH" time PERIOd I Was GIVEN FOODS YOU CAN NOT SANITARILY EAT WITHOUT UTENSILS. DURING THIS PERIOD I could NEVER EAT a FULL MEAL. EVERY MORNING:MEALS OF EITHER - GRITS, CREAM OF WHEAT, OATMEAL OR COLD CEREAL; SCRAMBLED EGGS, BISCUITS and GRAVY - all FOODS that CANNOT be EATEN by FINGERS. EVERY LUNCH and DINNER: MEALS OF EITHER- COOKED VEGETABLES, MASHED POTATOES, COLESLAW, POTATO SALAD, RICE MACARONI SALAD, MACARONI and CHEESE, JELLO, PUDDING, CHEESE POTATOES, APPLESAUCE, and OTHER SUCH SIDE DISHES, MAIN COURSES CONSISTED OF ITEMS LIKE - SPAGHETTI, CHILI, GHOULASH, TEXAS HASH, CHICKEN a la KING, TOMATO SOUP, NOODLE-TYPE DISHES, BEANS and RICE, RICE-TYPE DISHES, HAM and BEANS, and OTHER SUCH DISHES. I REPEATEDLY REPORTED this to DR. MYERS and (MHP) COX. (MHP) COX told ME to TEAR a PIECE of the STYRO-FOAM TRAY OFF and USE it as a UTENSIL. I told her that it WAS NOT SAFE and UNSANITARY, ESPECIALLY WITH the CO-VID-19 PANDEMIX. (MHP) COX told ME MULTIPLE TIMES she had NO WAY to MAKE FACILITY PROVIDE "FINGER FOODS" and IF I "did NOT LIKE it to EITHER GO HUNGRY OR GET OFF CRISIS Watch." DURING (61) days ON "CRISIS WATCH" (MHP) COX ONLY ALLOWED ME TWO (2 SHOWERS, REFUSED to allow ME to wash MY hands, EVEN after having to WIPE MYSELF of FECES, REFUSED to allow ME to brush

6 K

MY teeth for (61) days, EXCEPT (1) time, and REFUSED to PROVIDE a clean "SMOCK" EXCEPT twice IN (61) days. I was only allowed out of cell for (1) hour on (1) occassion during (61) days.

I believe this INCIDENT INVOLVES-(CRUEL & UNUSUAL PUNISHMENT IN SEVERAL AREAS DURING this INCIDENT I was assaulted and threatened with sexual assault, and called RACIAL SLURS. I was INJURED INTENTIONALLY IN (3) INCIDENTS by SECURITY staff. I was disciplined FOR being assaulted by SECURITY staff. I was DENIED Medical attention by SECURITY staff FOR INJURIES caused by staff. I was left to suffer IN EXTREME PAIN due to staff caused INJURIES, INTENTIONALLY. I was deliberately DENIED MEDICAL TREATMENT: by DR. TRUSEWYCH, healthcare UNIT administrator, NURSES, and Med-tech's; IN a timely MANNER and left IN EXTREME PAIN. I believe it was MEDICAL Malpractice and GROSS NEGLIGENCE FOR DR. TRUSEWYCH to fail to order use of Wheelchair after learning of INJURIES and SYMPTOMS and failure to alleviate PAIN, while obtaining this INMATES MEDICAL RECORDS. CRUEL and UNUSUAL PUNISHMENT, deliberate INDIFFERENCE, NEGLIGENCE by (MHP COX) and (DR. MYERS) FOR failure to PROTECT this INMATE while UNDER their Mental Health Care; failure to ENFORCE Mental Health Protocols and REQUIREMENTS for INMATES – PERTAINING to staff and CORRECTIONAL facilities

RELIEF REQUESTED

(State what relief you want from the court.)

1.) loss of EMPLOYMENT and CRIMINAL charges for (SGT BRANDON Edgar; % Garbett; 2ND "UNKNOWN Tactical OFFICER"

2.) LOSS OF EMPLOYMENT OR PUNISHMENT FOR (MHP) COX AND DR. MYERS.

3.) LOSS OF LICENSE AND PUNITIVE damages directly against DR. Z. TRUSEWYCH.

4.) SANCTIONS against WEXFORD Health SERVICES and its staff.

5.) Outside AGENCY - to INVESTIGATE & discipline staff assaults ON INMATES.

6.) Outside AGENCY - to INVESTIGATE MENTAL health violations @ IDOC Facilities.

7.) STRICTER MONITORING and accountability of IDOC tactical/SORT team violations.

8.) PUNITIVE, COMPENSATION AND MONETARY damages IN amount of $500,000.

JURY DEMAND      Yes ☑      No ☐

Signed this 14ᵗʰ _____ day of FEBRUARY _____, 20 22

J. RÆ

( Signature of Plaintiff)

| Name of Plaintiff: PERRY JAMES ROSETTO | Inmate Identification Number: B-32709 |
| --- | --- |
| Address: W.I.C.C. 2500 ROUTE 99 South Mt. STERLING, Ill. 62353 | Telephone Number: (MESSAGES ONLY) 309-863-9117 Melody Hudson (MOTHER) |