E-FILED
Wednesday, 02 March, 2022  04:36:00 PM
Clerk, U.S. District Court, ILCD

TO : U.S. District Court - (Central) District of Illinois - Springfield Div.
  Office of the Clerk

FROM: PERRY JAMES ROSETTO (INMATE NO: B-32709)

Date: February 14th, 2022.

Subject: Letter of Contents
          A.- Legal Envelope containing:

1.) 42 U.S.C. 1983 Claim: (22) Pages.

2.) Application to Proceed Informa Pauperis (4) Pages.

3.) Motion For Counsel (  ) Pages.

4.) Letter to - Office of the Clerk.


      B.- Check For Copy: File-stamped / Postage & Handling.